**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Fernando AVILA–PALACIOS,**
**Defendant–Appellant.**

No. 08–50124
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 4, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Fernando Avila–Palacios (Avila) appeals the 188–month sentence imposed following his guilty-plea convictions for two counts of conspiracy, possession with intent to distribute, and importation of more than 50 kilograms of marijuana. Avila argues that his sentence was unreasonable because it exceeded the length of time necessary to achieve the sentencing goals of 18 U.S.C. § 3553(a).

Avila has not shown that the sentence imposed by the district court was unreasonable. His 188–month sentence was within the applicable guidelines range and is entitled to a presumption of reasonableness. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597, 169 L.Ed.2d 445 (2007); *United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006). The record reflects that the district court considered all of the factors Avila presented in his argument, but it exercised its discretion to impose a sentence at the bottom of the guideline range rather than depart down-

ward. The sentence imposed was reasonable. *See United States v. Mares,* 402 F.3d 511, 520 (5th Cir.2005).

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.